1  DAVID M. OVERSTREET, IV, # 103039
   RACHELLE TAYLOR GOLDEN, # 295385
2  OVERSTREET & ASSOCIATES
            Attorneys At Law
3  1300 E. Shaw Avenue, Suite 125
            Fresno, CA 93710
4  
   Telephone (559) 221-2771
5  Facsimile (559) 221-2775

6  Attorneys for Defendants JOON I. AHN,
   SHIN S. AHN, and CLEAR THREE, INC.
7  

8  
                   UNITED STATES DISTRICT COURT
9  
                   EASTERN DISTRICT OF CALIFORNIA
10 

11 
   SCOTT JOHNSON,                    | CASE NO. 2:16-cv-01079-MCE-EFB
12 
        Plaintiff,                   |
13                                   | **ORDER GRANTING REQUEST TO
   vs.                               | EXTEND TIME TO RESPOND TO
14                                   | RESPOND TO INITIAL COMPLAINT**
   JOON I. AHN, AB Living Trust      |
15 dated 1/8/2009; SHIN S. AHN,      | **Complaint Served**: Shin S. Ahn 6/4/16;
   Living Trust dated 1/8/2009;     | Joon I. Ahn, 6/9/16; Clear Three, Inc.
16 CLEAR THREE, INC., a California   | 6/15/16
   Corporation; and DOES 1-10        |
17                                   |
18                                   | **Current Response Date**: (Shin S. Ahn,
        Defendants.                  | 6/27/16; Joon I. Ahn 7/11/16; Clear Three,
19                                   | Inc. 7/18/16
20 
                                     | **New Response Date**: August 8, 2016 for
21                                   | all Defendants
22 
                                     | Trial Date: Unknown
23                                   | District Judge: Unknown
24 

25 

26 

27 

28 

Case No. 2:16-cv-01079-MCE-EFB)                    ORDER EXTENDING TIME TO RESPOND

1   Upon considering the parties' Stipulation and Request to Extend Time to
2  Respond to Initial Complaint:
3   IT IS HEREBY ORDERED THAT the deadline for all defendants in this
4  case shall be extended to August 8, 2016.
5   IT IS SO ORDERED.

7  Dated:  June 29, 2016

```
_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
```