1  CENTER FOR DISABILITY ACCESS
   Raymond G. Ballister, Jr. SBN 111282
2  Mark Potter, SBN 166317
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   <u>Mail</u>: PO Box 262490
4  San Diego, CA 92196-2490
   <u>Delivery</u>: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com

7  Attorneys for Plaintiff

8  DAVID M. OVERSTREET, IV, No. 103039
   RACHELLE TAYLOR GOLDEN, No. 295382
9  OVERSTREET & ASSOCIATES
   Attorneys At Law
10 1300 E. Shaw Avenue, Suite 125
   Fresno, CA 93710
11 Telephone (559) 221-2771
   Facsimile (559) 221-2775

12 ATTORNEYS FOR Defendant: KULVIR KAUR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| **Scott Johnson**,<br><br>        Plaintiff,<br><br>    v.<br><br>**Joon I. Ahn**, AB Living Trust dated 1/8/2009;<br>**Shin S. Ahn**, AB Living Trust dated 1/8/2009;<br>**Clear Three, Inc**., a California Corporation; and Does 1-10,<br><br>        Defendants | Case No. 2:16-cv-01079-MCE-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Honorable Judge Morrison C. England, Jr. |

1

1  Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action
2  to the Voluntary Dispute Resolution Program.

**A. Estimated Time Frame for Completion of VDRP:**

The Parties estimate that VDRP session will be contemplated within 6-months from the date of this Order. The Neutral must file confirmation of the completion by June 16, 2017.

**B. Modifications or Additions to Case Management Plan:**

To make settlement discussions fruitful, the Parties elect to engage the VDRP to engage in mediation and/or settlement conference.

**C. Pre-trial Activity:**

The Parties do not wish to stay all discovery until the VDRP session is concluded.

DATED: December 6, 2016   CENTER FOR DISABILITY ACCESS

By: _____/s/ Phyl Grace_____
PHYL GRACE
Attorneys for Plaintiff, SCOTT JOHNSON


DATED: December 6, 2016   OVERSTREET & ASSOCIATES

By__/s/ Rachelle Taylor Golden_____
RACHELLE TAYLOR GOLDEN
Attorney for Defendant, JOON I. AHN,
SHIN S. AHN, and CLEAR THREE, INC.

///
///
///
///
///
///
///

2

# ORDER

Upon considering the parties' Stipulation and to Elect Referral of Action to Voluntary Dispute Resolution Program:

IT IS HEREBY ORDERED THAT the VDRP session will occur within 6-months from the date of this Order, with the Neutral's confirmation filed by June 16, 2017.

IT IS SO ORDERED.

Dated: January 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE