# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:16-CV-01079-MCE-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| JOON I. AHN, AB Living Trust dated 1/8/2009; SHIN S. AHN, AB Living Trust dated 1/8/2009; CLEAR THREE, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE