# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:16-cv-01079-MCE-EFB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOON I. AHN, AB Living Trust dated 1/8/2009; SHIN S. AHN, AB Living Trust dated 1/8/2009; CLEAR THREE, INC., a California Corporation; and Does 1-10, | |
| Defendants. | |

In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1) (A) (ii), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 22, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE